433 A.2d 100

Pond, Sr. v. Pond, Appellant.

 Submitted March 21, 1980. Joseph M. A. Nelabovige, for appellant; Jay Tract, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

433 A.2d 100

Schreiber, et ux., Appellants, v. Pennsylvania Lumbermens Mutual Insurance Co.

 Argued December 2, 1980. Dennis L. Friedman, for appellants; David Sorin, for appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Affirmed.